IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHYLLIS I. GRAVES, | ) | 4:08CV3000 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON PLAINTIFF'S MOTION FOR |
| | ) | ENLARGEMENT OF TIME |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| Michael J. Astrue, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Plaintiff's Motion for Enlargement of Time, filing 11, is granted;

2. the plaintiff shall file and serve her brief on or before July 16, 2008; and

3. the remaining deadlines set out in the order setting briefing schedule, filing 10, are extended accordingly.

Dated June 17, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge