IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHYLLIS I. GRAVES,<br><br>        Plaintiff,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br>Michael J. Astrue, Commissioner,<br><br>        Defendant. | 4:08CV3000<br><br>ORDER ON DEFENDANT'S MOTION<br>FOR EXTENSION OF TIME TO RESPOND<br>TO PLAINTIFF'S BRIEF |

IT IS ORDERED that:

1. the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief, filing 14, is granted and the defendant shall file and serve its response on or before September 19, 2008;

2. within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

3. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 2 hereof.

Dated August 25, 2008.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge