IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHYLLIS I. GRAVES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3000 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER ON DEFENDANT'S SECOND |
| Michael J. Astrue, Commissioner, | ) | MOTION FOR EXTENSION OF TIME TO |
| | ) | RESPOND TO PLAINTIFF'S BRIEF |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED the Defendant's Second Motion for Extension of Time to Respond to Plaintiff's Brief, filing 16, is granted.  The defendant shall have on or before October 20, 2008, in which to file and serve its response to the plaintiff's brief.

    Dated September 22, 2008.

                                BY THE COURT

                                s/  Warren K. Urbom
                                United States Senior District Judge